■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM COLUMBO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered March 31, 1983, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

Defendant's claims with respect to his guilty plea have not been preserved for appellate review (see *People v Pellegrino,* 60 NY2d 636), and review is not warranted in the interest of justice. Lazer, J. P., Thompson, Weinstein and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL CORNELIUS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Bonomo, J.), rendered July 15, 1980, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

At no time did defendant raise before the suppression court the issue that his statement should be suppressed because his arrest was effected in his home without a warrant and in the absence of exigent circumstances (see *Payton v New York,* 445 US 573). Defendant, therefore, failed to preserve this issue for appellate review (see *People v Smith,* 55 NY2d 888; *People v Gonzalez,* 55 NY2d 887; *People v Roache,* 105 AD2d 811). Moreover, under the circumstances presented, review of this issue is not warranted as a matter of discretion in the interest of justice.

We further note that defendant disrupted his trial (e.g., he refused to sit down, was screaming, and used profane language). He was warned that he would be gagged and that if he left the courtroom, the trial would continue without him. Moreover, he in fact explicitly requested to be removed from the courtroom. We, therefore, conclude that his conduct was sufficient to constitute a waiver of his right to be present at his trial, and his subsequent removal during the testimony of the complainant was not improper (see CPL 260.20, 340.50, subd 3; *People v Johnson,* 37 NY2d 778, 779; *People v Epps,* 37 NY2d 343; *People v Crown,* 51 AD2d 588, 589). Titone, J. P., Mangano, Weinstein and Brown, JJ., concur.